UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Stein Industries, Inc.,

Plaintiff,

vs

Display Specialties, Inc.,

Defendant.

Court File No.: 00 CV 2163 JMR/FLN

**STIPULATION TO AMEND PRE-TRIAL SCHEDULING ORDER**

---

WHEREAS, plaintiff Stein Industries, Inc. and defendant Display Specialties, Inc. served their respective initial expert reports on July 16, 2001;

WHEREAS, plaintiff Stein Industries, Inc. anticipates supplementing its initial expert report for its experts Timothy J. Nantell and Steve Visser so as to include the full substance of their anticipated trial testimony;

WHEREAS, the parties cannot complete their respective rebuttal expert opinion reports within the time parameters set forth in the Court's November 28, 2000 Pre-Trial Schedule;

WHEREAS, due to the schedule of the parties' respective expert witnesses and counsel for the parties to this litigation, the parties believe that the depositions of their respective expert witnesses cannot be completed within the time parameters of the Court's November 28, 2000 Pre-Trial Schedule which also impacts the parties' ability to serve and file their non-dispositive motions pursuant to the timetable established in that Order; and,

WHEREAS, the parties hereto, through their respective counsel, verily believe that the matter set forth above establishes good cause for the granting of a brief extension in the Scheduling Order

FILED SEP 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

relating to the discovery-cut off dates and non-dispositive motion deadline, but wish to maintain the ready for trial status and dispositive motion deadline set forth in that order, the parties hereto through their respective counsel, respectively request that the Court amend the Scheduling Order as set forth below.

1. Discovery/non-dispositive motions:

   A. All discovery shall be commenced in time to be completed by December 15, 2001.

   B. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served by December 15, 2001.

2. Expert disclosure and discovery:

   A. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

      (1) By all parties on or before October 15, 2001, with respect to initial expert reports.
      (2) By all parties on or before November 15, 2001, with respect to rebuttal reports.

   B. Each party may depose no more than four expert witnesses on or before December 15, 2001.

Dated: August 31 2001

FISH & RICHARDSON, P.C., P.A.

Wayne E. Willenberg
Michael J. Kane
John A. Dragseth
John C. Adkisson
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 335-5070
FAX: (612) 288-9696
*Attorneys for Plaintiff Stein Industries, Inc.*

Dated: 8/30, 2001

Gary W. Hoch (ID#45597)
MEAGHER & GEER, PLLP
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 338-0661
FAX: (612) 338-8384

-and-

Gregory J. Lunn
Wood, Herron & Evans, LLP
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202-2917
Tel: (513) 241-2324
Fax: (513) 421-7269
*Attorneys for Defendant Display Specialties, Inc.*

Pursuant to the foregoing Stipulation entered into by the parties,

**IT IS HEREBY ORDERED** that

1. Discovery/non-dispositive motions:

   A. All discovery shall be commenced in time to be completed by December 15, 2001.

   B. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served by December 15, 2001.

2. Expert disclosure and discovery:

   A. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

      (1) By all parties on or before October 15, 2001, with respect to initial expert reports.

(2) By all parties on or before November 15, 2001, with respect to rebuttal reports.

B. Each party may depose no more than four expert witnesses on or before December 15, 2001.

Dated this 5th day of September 2001.

BY THE COURT:

Franklin L. Noel
Chief Magistrate Judge

903003