UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Stein Industries, Inc.,

Plaintiff,

v.

Display Specialties, Inc.,

Defendant.

Court File No.: 00 CV 2163 JMR/FLN

STIPULATED DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1), the parties in the above case hereby stipulate to the dismissal of Counts IV, V and VI of the Complaint with prejudice. Pursuant to Federal Rule of Civil Procedure 41(c), the parties also stipulate to the dismissal of Defendant's claim against Plaintiff for unfair competition and violation of Minnesota's Deceptive Trade Practices Act with prejudice.

The parties further agree that Count II of the Complaint and those portions of Defendant's Counterclaim seeking a declaratory judgment that U.S. Patent 6,044,989 is not infringed and is invalid and unenforceable are dismissed without prejudice.

Wayne E. Willenberg
Michael J. Kane
John A. Dragseth
John C. Adkisson
Fish & Richardson P.C. P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
Attorney for Plaintiff,
Stein Industries, Inc.

Gregory J. Lunn
Wood, Herron & Evans
2700 Carew Tower
441 Vine Street
Cincinnati, OH 45202-2917
513/241-2324
513/421-7269 (Fax)

Jeffrey M. Thompson
Meagher & Geer P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
Attorneys for Defendant
Display Specialties, Inc.

K:\DIS\17\Stipulated Dismissal 101501.wpd

OCT 3
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

IT IS SO ORDERED this 29th day of October, 2001.

Franklin L. Noel
Chief Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Stein Industries, Inc.,

Plaintiff,

v.

Display Specialties, Inc.,

Defendant.

Court File No.: 00 CV 2163 JMR/FLN

STIPULATED DISMISSAL
OF COUNT I

---

Pursuant to Federal Rules of Civil Procedure 41(a)(1), the parties hereby stipulate to the dismissal of Count I of the Complaint with prejudice. The parties also stipulate that those portions of Defendant's Counterclaim seeking a declaratory judgment that U.S. Design Patent 375,002 is not infringed and is invalid and unenforceable is dismissed without prejudice and agree that Display Specialties, Inc. is the prevailing party of this Count.

Wayne E. Willenberg
Michael J. Kane
John A. Dragseth
John C. Adkisson
Fish & Richardson P.C. P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
Attorney for Plaintiff,
Stein Industries, Inc.

Gregory J. Lunn
Wood, Herron & Evans
2700 Carew Tower
441 Vine Street
Cincinnati, OH 45202-2917
513/241-2324
513/421-7269 (Fax)

Jeffrey M. Thompson
Meagher & Geer P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
Attorneys for Defendant
Display Specialties, Inc.

IT IS SO ORDERED this 29 day of October, 2001.

Franklin L. Noel
Chief Magistrate Judge