UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Stein Industries, Inc.,<br>Plaintiff,<br>v.<br>Display Specialties, Inc.,<br>Defendant | 00-CV-2163 JMR/FLN |

**STIPULATION TO AMEND PRE-TRIAL SCHEDULING ORDER**

WHEREAS, the parties hereto, through their respective counsel, believe that the depositions of their respective fact witnesses and expert witnesses cannot be completed within the time parameters of the Court's November 28, 2000 Pre-Trial Schedule and the Stipulation to Amend Scheduling Order dated September 5, 2001. Specifically, the parties do not believe that they can complete all fact and expert depositions prior to the current fact discovery cutoff of December 15, 2001 because the schedules of several witnesses and the schedules of counsel will not allow for all depositions to be taken prior to that date.

WHEREAS, the parties hereto, through their respecitve counsel, believe that the matter set forth above establishes good cause for the granting of a brief extension in the Scheduling Order relating to fact and expert discovery cut-off dates and the dispositive motion deadline, but wish to maintain the ready for trial status set forth in the Court's November 28, 2000 Order. As such, the parties hereto, through their respective counsel, respectively request that the Court amend the Scheduling Order as set forth below.

1. Discovery/non-dispositive motions:

A. All discovery shall be commenced in time to be completed by January 18, 2002.

DEC 3 2001

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

B. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served by January 18, 2002.

2. Expert disclosure and discovery:

B. Each party may depose no more than four expert witnesses on or before January 18, 2002.

3. Dispositive Motions:

A. All dispositive motions shall be filed and scheduled for hearing prior to February 1, 2002.

Dated: 11/21/01

By: John C. Adkisson

Wayne E. Willenberg
Michael J. Kane
John A. Dragseth
John C. Adkisson
FISH & RICHARDSON P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Tel: (612) 335-5070
Fax: (612) 288-9696

Attorneys for Plaintiff
STEIN INDUSTRIES, INC.

Dated: 11/20/01

By: ______

Gregory J. Lunn
WOOD, HERRON & EVANS
2700 Carew Tower
Cincinnati, OH 45202-2917
513/241-2324
513/421-7269 (Fax)

Jeffrey M. Thompson
MEAGHER & GEER P.L.L. P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402

Attorneys for Defendant
DISPLAY SPECIALTIES, INC.

Pursuant to the foregoing Stipulation entered into by the parties,

IT IS HEREBY ORDERED that:

1. Discovery/non-dispositive motions:

   A. All discovery shall be commenced in time to be completed by January 18, 2002.

   B. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served by January 18, 2002.

2. Expert disclosure and discovery:

   B. Each party may depose no more than four expert witnesses on or before January 18, 2002.

3. Dispositive Motions:

   A. All dispositive motions shall be filed and scheduled for hearing prior to February 1, 2002.

4. Trial ready date of 3/1/02 remains unchanged.

Dated: Nov. 30, 2001

BY THE COURT:

Franklin L. Noel

Franklin L. Noel
Chief Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500