UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Stein Industries, Inc.,

Plaintiff,

v.

Display Specialties, Inc.,

Defendant.

Civil No. 00-2163 JMR/FLN

**ORDER**

---

John C. Adkisson, Esq., for Plaintiff.
Gary W. Hoch, Esq., & Gregory J. Lunn, Esq., for Defendant.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on January 14, 2002, on: (1) Defendant's Motion for a Protective Order [#45]; and (2) Plaintiff's Motion to Compel Discovery [#47].

Based upon the files, records, and proceedings herein, it is hereby **ORDERED** that:

1. Defendant's Motion for a Protective Order [#45] is **DENIED**;

2. Plaintiff's Motion to Compel Discovery [#47] is **GRANTED**;

3. The Pre-trial Schedule is modified as follows:

   a. All discovery shall be completed by March 18, 2002;

   b. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by March 18, 2002;

   c. All dispositive motions shall be filed and scheduled for hearing prior to April 1, 2002;

   d. This case shall be ready for trial on and after May 1, 2002, at

JAN 1 5 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

which time it will be placed on the Court's jury trial calendar.

4. Insofar as Plaintiff seeks costs and fees incurred in bringing its motion, it is **DENIED**.

DATED: Jan. 14, 2002.

FRANKLIN L. NOEL
CHIEF MAGISTRATE JUDGE