(Revised 10/01) Admission Pro Hac Vice

RECEIVED BY U.S. MAIL 2002 FEB -4 ... U.S. DIST. COURT MINNEAPOLIS, MN

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 00 CV 2163 JMR/FLN Case Title: Stein Industries, Inc. v. Display Specialties, Inc.

AFFIDAVIT OF MOVANT

I, Jeffrey M. Thompson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Gregory F. Ahrens, an attorney admitted to practice in the Southern District of Ohio, but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☒ defendant Display Specialties, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| Signature | 197245<br>MN Attorney License # | 1-31-02<br>Date |
|---|---|---|

Affidavit of Proposed Admittee

I, Gregory F. Ahrens, am currently a member in good standing of the U.S. District Court for the Southern District of Ohio, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Gregory F. Ahrens<br>Type/Print Name | Signature | 1/30/02<br>Date |
|---|---|---|

Attorney License Number: OH 0038627
Law Firm Name & Address: Wood, Herron & Evans, L.L.P.
2700 Carew Tower, 441 Vine St.
Cincinnati, Ohio 45202-2917
Telephone: 513/241-2324

Motion Granted: [signature] FEB 05 2002
For the Court: Richard D. Sletten, Clerk Date

FEB 05 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK