UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2163(JMR/FLN)

Stein Industries, Inc. )
)
v. ) ORDER
)
Display Specialties, Inc. )

Defendant objects to the Report and Recommendation, issued January 15, 2002, by the Honorable Franklin L. Noel, United States Magistrate Judge. Defendant's objections to the Report were timely filed, pursuant to Local Rule 72.1(c)(2).

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation. Accordingly, IT IS ORDERED that:

Defendant's motion for partial summary judgment of Count III is denied. [Docket No. 24.]

Dated: March 18th, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

FILED
RICHARD D. SLETTEN, CLERK
MAR 19 2002
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______