(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 00 CV 2163 JMR/FLN Case Title: Stein Industries, Inc. v Design Specialties, Inc.

### Affidavit of Movant

I, Jeffrey M. Thompson ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac P. Andrew Blatt , an attorney admitted to practice in the Southern District of Ohio ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☒ defendant Design Specialties in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] 197245 3-22-02

Signature MN Attorney License # Date

### Affidavit of Proposed Admittee

I, P. Andrew Blatt , am currently a member in good standing of the U.S. District Court for Southern District of Ohio , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

P. Andrew Blatt P. Andrew Blatt 18MAR02

Type/Print Name Signature Date

Attorney License Number: OH 0069575

Law Firm Name & Address: Wood, Herron & Evans, LLP
2700 Carew Tower, 441 Vine St.
Cincinnati, OH 45202-2917

Telephone: 513-241-2324

Motion Granted: Richard D. Sletten
For the Court: Richard D. Sletten, Clerk
AMC

MAR 25 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED MAR 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______