# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Stein Industries, Inc.

v.

Display Specialties, Inc.

Case No. Civil 00-2163 JMR/FLN

**JUDGMENT IN A CIVIL CASE**

---

( X ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(   ) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is in favor of the plaintiff and against the defendant and that plaintiff recover of the defendant its costs of the action.

DATE: January 28th, 2003

Chief Judge James M. Rosenbaum
U.S. District Court

RICHARD D. SLETTEN, CLERK

Denise La Fond, Deputy Clerk