UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2163(JMR/FLN)

| | | |
|---|---|---|
| Stein Industries, Inc. | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Display Specialties, Inc. | ) | |

This matter was tried to a jury, which reached a verdict on January 16, 2003, in favor of defendant. The Court entered judgment on January 28, 2003.

Plaintiff has moved for judgment as a matter of law, pursuant to Rule 50(b) of the Federal Rules of Civil Procedure. Plaintiff has also moved for a new trial, pursuant to Rule 59 of the Federal Rules of Civil Procedure.

Based on the files, records, and proceedings herein, IT IS ORDERED that:

Plaintiff's motions are denied.

Dated: March 31st, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

FILED APR 01 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK