# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

03 JUL -7 AM 9:10

03-1369, -1398

CV 00-2163 (JMR/FLN)

STEIN INDUSTRIES, INC.,

Plaintiff-Appellant,

v.

DISPLAY SPECIALTIES, INC.,

Defendant-Cross Appellant.

## O R D E R

FILED 7-7-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public record.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

Jan Horbaly (tp)

Jan Horbaly
Clerk

07/02/03

cc: Clerk's Office, DCT
JOHN C. ADKISSON
GREGORY F. AHRENS

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

JUL - 2 2003

JAN HORBALY
CLERK

ISSUED AS A MANDATE: 07/02/03

STEIN INDUST V DISPLAY SPECIALTIES, 03-1369, -1398
DCT - 00-CV-2163

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

By: Linda Pundie Date: 07/02/03